**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SARAH E. SMITH, | : | No. 171 MM 2015 |
| Petitioner | : | |
| v. | : | |
| "JUDGE" JOY REYNOLDS MCCOY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of *Quo Warranto* and the Application for Appointment of Counsel are **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.